IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:22-cv-007154 |
| ) | |
| v. ) | Honorable Franklin U. Valderrama |
| ) | |
| ) | INJUNCTIVE RELIEF SOUGHT |
| GRACE HOTELS, LLC, d/b/a HOLIDAY INN ) | |
| EXPRESS & SUITES WAUKEGAN, ) | |
| ) | |
| Defendant. ) | |

**JOINT NOTICE OF SETTLEMENT IN PRINCIPLE
AND MOTION TO VACATE ALL DEADLINES**

The parties respectfully notify the Court that they have resolved the above-captioned matter. Counsel for the parties are in the process exchanging the executed settlement agreement, and ultimately will file a stipulated dismissal with the Court. The parties intend to file a stipulated dismissal as soon as practicable, but respectfully request that the parties be given 30 days to file said dismissal. Accordingly, the parties respectfully request that the Court vacate all deadlines set forth in the December 20, 2022 Minute Entry (ECF 4).

Dated this 1st day of March, 2023.


By: /s/ Robert M. Kaplan
**Law Offices of Robert M. Kaplan, P.C.**
Counsel for the Plaintiff
1535 W. Schaumburg Rd., Suite 204
Schaumburg, IL 60194
Tel: (847) 895-9151
IL Bar No.: 620621
rmkap@robertkaplanlaw.com

By: /s/ Brian J. Riordan
**Clausen Miller PC**
Counsel for Defendant
10 S. LaSalle Street
Chicago, IL 60603
Tel.: (312) 855-1010
IL Bar no.:_____
briordan@clausen.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2023, I electronically filed the foregoing Joint Status Report with the Clerk of Court using the CM/ECF system which will send notification of this filing to the attorneys of record.

By: /s/ Robert M. Kaplan

F:\KAPLAN\Clients\LITIGATION\COHAN FILES\Open Files\CohanH.No.197.Holiday Inn Express-Waukegan\Notice of Settlement.docx